UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ETHELYN M. EGGAR,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Acting<br>　Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV-20-04-H-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED 1. The Commissioner's decision to deny benefits to Eggar is AFFIRMED. 2. This case is DISMISSED with prejudice. 3. The Clerk is directed to enter judgment accordingly.

　　　Dated this 3rd day of May, 2021.

　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　　By: /s/ Traci Orthman
　　　　　　　　　　　　　　　　Traci Orthman, Deputy Clerk